OPINION — AG — WITH THE EXCEPTION OF RED RIVER, IT IS LEGAL FOR ONE BLOCK, DAM OR DIVERT STREAMS OR RIVERS FOR REASONABLE USES SO LONG AS IT DOES NOT VIOLATE THE RIGHTS AND NECESSITIES OF OTHERS OR THE PROVISIONS OF 60 O.S. 1965 Supp., 60 [60-60], SUPRA. PERSONS INJURED OR EXPECTING TO BE INJURED BY UNREASONABLE USE OF THE STREAM ARE ENTITLED TO INJUNCTIVE RELIEF. (LUSTER COOK)